COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Wolfgang P. Hirczy De Mino, PH.D. v. Star Operations, Inc., Lana L. Lewis and Victor C. Huff, Jr.

Appellate case number:  01-18-00307-CV

Trial court case number: 2017-30978

Trial court:            133rd District Court of Harris County

On May 3, 2018, the trial court clerk advised this court that appellant had not made payment arrangements for the filing of the clerk's record. On May 4, this court issued a notice to appellant that failure to make payment arrangements for the filing of the clerk's record could result in dismissal unless appellant provided proof of payment or arrangements to pay by 5:00 p.m. on May 14. On May 14, appellant filed a letter. In it, he asserted that he had requested a limited clerk's record, but the trial court clerk included more documents than he requested and quoted him a price of $224.00. Appellant argues that he should not have to pay for more documents than he requested.

Unless the parties reach an agreement and file a written stipulation as to the contents of the clerk's record under Rule 34.2, the clerk's record must contain certain documents, including all pleadings, the court's docket sheet, the court's judgment or order appealed, any post-judgment motions or requests for findings of fact and conclusions of law, the notice of appeal, any formal bill of exception, and the request for the clerk's record. *See* TEX. R. APP. P. 34.2, 34.5(a). Appellant has not provided this court with his request for the clerk's record, but if it does not include all of the items required by Rule 34.5(a), those additional documents must be included in the clerk's record. *See* TEX. R. APP. P. 34.5(a).

Moreover, if appellant fails to make arrangements for the filing of the clerk's record, this court may dismiss the appeal after giving ten days' notice. *See* TEX. R. APP. P. 42.3. Thus, appellant must provide proof of payment or of arrangements to pay for the clerk's record **within 10 days of this order or the appeal may be dismissed**. *See id.*

It is so ORDERED.


Judge's signature: /s/ Jennifer Caughey
☑ Acting individually    ☐ Acting for the Court


Date: May 22, 2018